UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>John S Coates<br><br><br>DEBTOR(S) | Case No.: 24-12535<br>Chapter 13 |
| Navy Federal Credit Union<br><br><br>MOVANT<br>vs.<br>John S Coates<br><br><br><br>RESPONDENT(S) | |

## RESPONSE TO NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE

   Comes now Respondent by the undersigned counsel and files herein this Response to Movant's NOTICE OF TERMINATION OF AUTOMATIC STAY.

   Debtor seeks to cure any said Consent Order default.

/s/ Charles Earl Walton
Charles Earl Walton, Esquire
Walton Law Group, LLC
<u>10905 Fort Washington Road, Suite 201   </u>
Fort Washington, MD  20744
301-292-8357
Email: cwalton@cwaltonlaw.com
Attorney for Respondent

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 12th day of June, 2025, a copy of the Response to the Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

>Rebecca A. Herr, Trustee
>185 Admiral Cochrane Dr. Suite 240
>Annapolis, MD 21401

>Richard J. Rogers, Esquire
>Cohn, Goldberg & Deutsch, LLC
>1099 Winterson Road, Suite 301
>Linthicum Heights, MD  21090


>/s/ Charles E. Walton
>    Charles E. Walton