UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:  
    **John S. Coates**

                                        Case No. **24-12535**-LSS  
                                        Chapter 13

        Debtor(s)

## TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM AS TO WHICH THE CLAIMANT HAS REFUSED DISTRIBUTIONS

    Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, request the Court to disallow the proof of claim filed on behalf of **Navy Federal Credit Union** ("Claimant") on **February 3, 2025** in the amount of $**265,982.69** with pre and post-petition arrearages of $**34,643.47** (the "Claim"). The Claimant has: (1) refused to accept distributions made pursuant to the plan confirmed in the case and (2) failed either to withdraw the Claim or to amend the Claim. The balance of the Claim should be disallowed to permit plan funds to be disbursed to other creditors.

    WHEREFORE, the Trustee prays that the Court disallow the Claim.

                                                                 Respectfully submitted,

Date:  February 26, 2026              /s/ Rebecca A. Herr  
                                             Rebecca A. Herr (Fed. Bar No. 29298)  
                                             Chapter 13 Trustee  
                                             185 Admiral Cochrane Drive  
                                             Suite 240  
                                             Annapolis, MD 21401  
                                             bherr@ch13md.com

    PLEASE TAKE NOTICE that: (1) within thirty (30) days after the date on the certificate of service of the motion, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and (2) an interested party may request a hearing that will be held in the courts discretion.

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Disallow will be served electronically by the Court's CM/ECF system on the following:

Charles E. Walton, Esq.  cwalton@cwaltonlaw.com, mhall@cwaltonlaw.com,cwaltonlaw@gmail.com;waltoncr91773@notify.bestcase.com,msolomon@cwaltonlaw.com
 (Debtor's Counsel)

Richard Rogers, Esq.   rrogers@cgd-law.com, bankruptcyecf@cgd-law.com;estamas@cgd-law.com;bbush@cgd-law.com
(Attorney for Creditor)


I hereby further certify that on February 26, 2026, a copy of the Motion to Disallow was also mailed first class mail, postage prepaid to:


John S. Coates
903 Balsamtree Place
Capitol Heights, MD  20743
*Debtor(s)*


Navy Federal Credit Union
PO Box 23800
Merrifield, VA  22119
*Claimant*


*No Resident Agent for Navy Federal Credit Union*


*Via Certified Mail*
Navy Federal Credit Union
c/o Dietrich Kuhman
820 Follin Lane SE
Vienna, VA  22180
*President and Ceo for Navy Federal Credit Union*


                                                                **/s/ Rebecca A. Herr**
                                                                Chapter 13 Trustee